[No. 6051-9-III.   Division Three.   April 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE R. CHAPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 83-1-00112-2, Fred R. Staples, J., entered July 22, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 6098-5-III.   Division Three.   April 11, 1985.]

*In the Matter of Marriage of* DEBRA M. SACCOMANNO, *Respondent, and* RANDY M. SACCOMANNO, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-3-04268-6, Michael E. Donohue, J., entered September 22, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6038-1-III.   Division Three.   April 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEE ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-1-00427-1, Bruce P. Hanson, J., entered August 2, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 14174-1-I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MOHINDAR S. TEJA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-01991-1, H. Joseph Coleman, J., entered December 7, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold and Grosse, JJ.